WILLIAM E. ATKINSON et al., as Receivers of Fox THEATRES CORPORATION et al., Respondents, *v.* WILLIAM FOX, Appellant, Impleaded with Others.

(Submitted November 19, 1934; decided November 27, 1934.)

*Benjamin Reass* for motion.

*Henry A. Uterhart* and *Archibald R. Watson* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that the order is not a final order.